

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00315-CV

**IN THE INTEREST OF A.G.K. AND T.L.C., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02489
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

On July 28, 2016, appellants filed a brief in which they referred to the minors involved by their full names. The appellants also filed exhibits containing the minors' full names.

On September 20, 2016, appellants filed an unopposed motion for extension of time to file a reply brief requesting until September 26, 2016, to file their reply.

The Texas Rules of Appellate Procedure prohibit the filing of documents, including briefs and exhibits, in appeals involving the termination of parental rights that disclose a minor's name or date of birth, and the rules require that such information be redacted before filing. *See* TEX. R. APP. P. 9.8(b)(1); 9.9(a)-(c). We therefore **strike** appellants' brief and **order** appellants to refile the brief and appendix, appropriately redacted, by September 26, 2016.

Furthermore, we grant appellants' motion for extension of time and **order** appellants to file their reply brief by September 26, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court